IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                No. CIV S-10-2077 KJM-KJN

    vs.

BERKELEY MANOR HOLDING, LLC,

    Defendant.                          <u>ORDER</u>

/

        Based upon the parties' status reports and the March 30, 2011 status (pretrial) scheduling) conference at which plaintiff Johnson and defendant's counsel Diana Meekay appeared, the court hereby ORDERS: within sixty days of the issuance of this order, parties are to inform the court if they have been able to reach a settlement. At that time, if parties are unable to reach settlement, the court will refer this matter to the Voluntary Dispute Resolution Program ("VDRP") in accordance with Local Rule 271. If settlement is not reached within sixty days of such a referral, the court will set a status conference, at which time a trial date will be set.

        IT IS SO ORDERED.

DATED: April 1, 2011.

                                              UNITED STATES DISTRICT JUDGE

1